**IN RE L.B.**

[362 N.C. 507 (2008)]

IN THE MATTER OF L.B.

No. 7A08

(Filed 10 October 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 187 N.C. App. 326, 653 S.E.2d 240 (2007), dismissing an appeal from a judgment entered on 2 February 2007 by Judge Marvin P. Pope, Jr. in District Court, Buncombe County. Heard in the Supreme Court 10 September 2008.

*J. Suzanne Smith for petitioner-appellee Buncombe County Department of Social Services.*

*Jerry W. Miller and Michael Tousey, Attorney Advocates for appellee Guardian ad Litem for L.B.*

*Richard E. Jester for respondent-appellant mother.*

*Hartsell & Williams, P.A., by Christy E. Wilhelm, for respondent-appellant father.*

PER CURIAM.

AFFIRMED.

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Alltel Communications, Inc. v. Davidson Cty.<br><br>Case below:<br>185 N.C. App. 158 | No. 495P07 | Petitioners' PDR Under N.C.G.S. 7A-31 (COA06-1137) | Denied<br>10/09/08 |
| Blankenship v. Bartlett<br><br>Case below:<br>184 N.C. App. 327 | No. 455P06-2 | 1. Plts' NOA Based Upon a Constitutional Question (COA06-1012)<br><br>2. Defs' Motion to Dismiss Appeal<br><br>3. Plts' PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>10/09/08<br><br>3. Allowed<br>10/09/08 |
| Bradley v. Maxim Healthcare Servs.<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 425P08 | 1. Defs' (Maxim and Ins. Co.) Motion for Temporary Stay (COA07-1052)<br><br><br>2. Defs' (Maxim and Ins. Co.) Petition for Writ of Supersedeas<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>09/30/08<br>Stay Dissolved<br>10/09/08<br><br>2. Denied<br>10/09/08<br><br>3. Denied<br>10/09/08 |
| Carl v. State<br><br>Case below:<br>192 N.C. App. ——<br>(2 September 2008) | No. 432P08 | Defs' Motion for Temporary Stay (COA07-1288) | Allowed<br>09/17/08 |
| Crawford v. Watlington<br><br>Case below:<br>190 N.C. App. 205 | No. 241P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1352) | Denied<br>10/09/08 |
| Deason v. Owens-Illinois, Inc.<br><br>Case below:<br>192 N.C. App. ——<br>(19 September 2008) | No. 440P08 | Defs' Motion for Temporary Stay (COA07-1159) | Allowed<br>09/22/08 |
| Dotson v. Davis<br><br>Case below:<br>189 N.C. App. 530 | No. 205P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-789) | Denied<br>10/09/08 |
| Gillis v. Montgomery Cty. Sheriff's Dep't<br><br>Case below:<br>191 N.C. App. ——<br>(15 July 2008) | No. 380P08 | 1. Plt's NOA Based Upon a Constitutional Question (COA07-1503)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>10/09/08<br><br>3. Denied<br>10/09/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Gregory v. W.A. Brown & Sons<br><br>Case below:<br>192 N.C. App. —<br>(19 August 2008) | No. 447A08 | Def-Appellants' Motion for Temporary Stay (COA07-1265) | Allowed 09/24/08 |
| Harleysville Mut. Ins. Co. v. Buzz Off Insect Shield, LLC<br><br>Case below:<br>190 N.C. App. 28 | No. 272A08 | Plt's PDR as to Additional Issues (COA07-1002) | Allowed 10/09/08 |
| Hodgson Constr., Inc. v. Howard<br><br>Case below:<br>187 N.C. App. 408 | No. 005P08 | 1. Defs' Motion for Temporary Stay (COA06-1414)<br><br><br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31· | 1. Allowed 01/08/08 362 N.C. 176 Stay Dissolved 10/09/08<br><br>2. Denied 10/09/08<br><br>3. Denied 10/09/08 |
| In re Estate of Lindley<br><br>Case below:<br>185 N.C. App. 159 | No. 436P07 | Respondents' PDR Under N.C.G.S. § 7A-31 (COA06-1281) | Denied 10/09/08 |
| Jones v. Dalton<br><br>Case below:<br>189 N.C. App. 787 | No. 229P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-553) | Denied 10/09/08<br><br>**Martin, J., Recused** |
| Majestic Cinema Holdings, LLC v. High Point Cinema, LLC<br><br>Case below:<br>191 N.C. App. —<br>(17 June 2008) | No. 338P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA08-17) | Denied 10/09/08 |
| N.C. Counties Liability & Prop. Joint Risk Mgmt. Agency v. Curry<br><br>Case below:<br>191 N.C. App. —<br>(1 July 2008) | No. 362P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1664) | Denied 10/09/08<br><br>**Martin, J., Recused** |
| Pottle v. Link<br><br>Case below:<br>187 N.C. App. 746 | No. 027PA08 | Joint Motion to Dismiss Appeal (COA07-359) | Allowed 10/09/08<br><br>**Martin, J., Recused** |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Powers v. Goodyear Tire & Rubber Co.<br><br>Case below:<br>191 N.C. App. —<br>(17 June 2008) | No. 331P08 | Plt-Appellant's PDR Under N.C.G.S. § 7A-31 (COA07-1218) | Denied 10/09/08 |
| Progress Energy Carolinas, Inc. v. Sullivan<br><br>Case below:<br>186 N.C. App. 305 | No. 596P07 | Def's PWC to Review the Decision of the COA (COA07-287) | Denied 10/09/08<br><br>**Martin, J., Recused Timmons- Goodson, J., Recused** |
| Reece v. Smith<br><br>Case below:<br>188 N.C. App. 605 | No. 110P08 | Plt-Appellant's PDR Under N.C.G.S. 7A-31(c)(1) (COA07-368) | Denied 10/09/08 |
| State v. Bailey<br><br>Case below:<br>190 N.C. App. —<br>(3 June 2008) | No. 321P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-989) | Denied 10/09/08 |
| State v. Bailey<br><br>Case below:<br>190 N.C. App. —<br>(20 May 2008) | No. 294P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1150) | Denied 10/09/08 |
| State v. Baldwin<br><br>Case below:<br>190 N.C. App. 206 | No. 270P08 | 1.  Def's (Antonio Baldwin) PDR Under N.C.G.S. 7A-31 (COA07-1132)<br><br>2.  Def's (Shawn Baldwin) PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/09/08<br><br>2. Denied 10/09/08 |
| State v. Bare<br><br>Case below:<br>191 N.C. App. —<br>(5 August 2008) | No. 397P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1565) | Denied 10/09/08 |
| State v. Brill<br><br>Case below:<br>190 N.C. App. —<br>(20 May 2008) | No. 299P08 | 1.  Def's NOA Based Upon a Constitutional Question (COA07-1143)<br><br>2.  State's Motion to Dismiss Appeal<br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed 10/09/08<br><br>3. Denied 10/09/08 |
| State v. Brooks<br><br>Case below:<br>190 N.C. App. —<br>(20 May 2008) | No. 286P08 | Def's PDR Under N.C.G.S.  § 7A-31 (COA07-940) | Denied 10/09/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Buck<br><br>Case below:<br>191 N.C. App. ——<br>(15 July 2008) | No. 371P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-471) | Denied<br>10/09/08 |
| State v. Chiaromonte<br><br>Case below:<br>189 N.C. App. 788 | No. 238P08 | 1.  Def's NOA Based Upon a Constitutional Question (COA07-534)<br><br>2.  State's Motion to Dismiss Appeal<br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>10/09/08<br><br>3. Denied<br>10/09/08 |
| State v. Fowler<br><br>Case below:<br>Mecklenburg County<br>Superior Court | No. 164A00-2 | Def-Appellant's PWC | Denied<br>10/09/08 |
| State v. Green<br><br>Case below:<br>191 N.C. App. ——<br>(15 July 2008) | No. 385P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1379) | Denied<br>10/09/08 |
| State v. Hagans<br><br>Case below:<br>188 N.C. App. 799 | No. 124P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-743) | Denied<br>10/09/08 |
| State v. Harrington<br><br>Case below:<br>190 N.C. App. 207 | No. 277P08 | 1.  Def's NOA Based Upon a Constitutional Question (COA07-1442)<br><br>2.  State's Motion to Dismiss Appeal<br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>10/09/08<br><br>3. Denied<br>10/09/08 |
| State v. Harris<br><br>Case below:<br>190 N.C. App. ——<br>(3 June 2008) | No. 317P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1494) | Denied<br>10/09/08 |
| State v. Holt<br><br>Case below:<br>188 N.C. App. 167 | No. 088P08 | Def's PDR Under N.C.G.S. 7A-31<br>(COA07-435) | Denied<br>10/09/08 |
| State v. Hunt<br><br>Case below:<br>192 N.C. App. ——<br>(19 August 2008) | No. 400P08 | State's Motion for Temporary Stay<br>(COA08-14) | Allowed<br>09/05/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Jackson<br><br>Case below:<br>189 N.C. App. 747 | No. 219P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-695)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. 7A-31 | 1. ——<br><br>2. Allowed<br>10/09/08<br><br>3. Denied<br>10/09/08 |
| State v. Jacobs<br><br>Case below:<br>188 N.C. App. 167 | No. 348P08 | Def's PWC to Review the Decision of the COA (COA06-1652) | Denied<br>10/09/08 |
| State v. Ligon<br><br>Case below:<br>189 N.C. App. 404 | No. 189P08 | Def-Appellant's PDR Under N.C.G.S. § 7A-31 (COA07-799) | Denied<br>10/09/08 |
| State v. Lopez<br><br>Case below:<br>188 N.C. App. 553 | No. 095P08 | 1. State's PDR Under N.C.G.S. § 7A-31 (COA07-422)<br><br>2. Def's NOA Based Upon a Constitutional Question<br><br>3. State's Motion to Dismiss Appeal<br><br>4. Def's PDR Under N.C.G.S. § 7A-31<br><br>5. Def's Motion to Amend NOA and PDR | 1. Allowed<br>10/09/08<br><br>2. ——<br><br>3. Allowed<br>10/09/08<br><br>4. Allowed<br>10/09/08<br><br>5. Allowed<br>10/09/08 |
| State v. Ly<br><br>Case below:<br>189 N.C. App. 422 | No. 200P08 | Defs' PDR Under N.C.G.S. 7A-31 (COA07-578) | Denied<br>10/09/08 |
| State v. Parks<br><br>Case below:<br>191 N.C. App. ——<br>(17 June 2008) | No. 339P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1178) | Denied<br>10/09/08 |
| State v. Pelham<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 279P04-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1024) | Denied<br>10/09/08 |
| State v. Penny<br><br>Case below:<br>174 N.C. App. 628 | No. 360P08 | Def's PWC to Review the Decision of the COA (COA04-1401) | Dismissed<br>10/09/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Salazar<br><br>Case below:<br>191 N.C. App. ——<br>(17 June 2008) | No. 335P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-893) | Denied<br>10/09/08 |
| State v. Smith<br><br>Case below:<br>191 N.C. App. ——<br>(17 June 2008) | No. 332P08 | Def-Appellant's PDR Under N.C.G.S.<br>§ 7A-31 (COA07-1243) | Allowed<br>10/09/08 |
| State v. Turnage<br><br>Case below:<br>190 N.C. App. 123 | No. 228A08 | Def's Motion to Dismiss State's Appeal<br>(COA07-562) | Denied<br>10/09/08 |
| State v. Williams<br><br>Case below:<br>191 N.C. App. ——<br>(1 July 2008) | No. 361P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1155) | Denied<br>10/09/08 |
| State v. Wilson<br><br>Case below:<br>192 N.C. App. ——<br>(2 September 2008) | No. 436A08 | 1.  State's Motion for Temporary Stay<br>(COA07-1077)<br><br>2.  State's Petition for Writ of Supersedeas<br><br>3.  State's NOA (Dissent) | 1. Allowed<br>09/18/08<br><br>2. Allowed<br>10/09/08<br><br>3. —— |
| State v. Zinkand<br><br>Case below:<br>190 N.C. App. ——<br>(3 June 2008) | No. 314P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-980) | Denied<br>10/09/08 |
| Strezinski v. City of Greensboro<br><br>Case below:<br>187 N.C. App. 703 | No. 023P08 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA07-563) | Denied<br>10/09/08 |
| Whisnant v.<br>Teachers' & State<br>Ret. Sys. of N.C.<br><br>Case below:<br>191 N.C. App. ——<br>(1 July 2008) | No. 355P08 | Petitioner's PDR Under N.C.G.S. § 7A-31<br>(COA07-1433) | Denied<br>10/09/08 |